JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

STEPHEN PERREIRA,

Plaintiff,

v.

YANPING WANG,

Defendant.

NO. CV 26-4066 FMO (PVCx)

**JUDGMENT**

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 13th day of August, 2026.

/s/

Fernando M. Olguin
United States District Judge